UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ERIC DEMETRIUS DONALDSON, ) Case No. EDCV 17-2242 RGK(JC)
)
Petitioner, )
)
v. ) JUDGMENT
)
SHAUN HATTON, )
)
Respondent. )
)

Pursuant to this Court's Order (1) Summarily Dismissing Petition for Writ of Habeas Corpus and Action without Prejudice; and (2) Directing Clerk to File Petition as Motion to Amend/Supplement Operative Petition for Writ of Habeas Corpus in Case No. EDCV 15-1932 [etc.], IT IS ADJUDGED that the Petition for Writ of Habeas Corpus filed in this action and the action itself are dismissed without prejudice.

IT IS SO ADJUDGED.

DATED: September 17, 2018

_____
HONORABLE R GARY KLAUSNER
UNITED STATES DISTRICT JUDGE